IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ASBESTOS LITIGATION | ) |
| | ) |
| JOHN W. PRUITT, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 18-1101 (MN) (SRF) |
| | ) |
| AIR & LIQUID SYSTEMS | ) |
| CORPORATION, et al. | ) |
| | ) |
| Defendants. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

WHEREAS, on July 29, 2020, Magistrate Judge Fallon issued a Report and Recommendation ("the Report") (D.I. 396) in this action, recommending that the Court grant the unopposed motions for summary judgment of Defendants Taco, Inc. (D.I. 317), Terex USA LLC, f/k/a Terex Cranes Wilmington, Inc., f/k/a The American Crane Corporation, *erroneously sued as* successor-in-interest to American Hoist & Derrick Company (D.I. 321), Deere & Company (D.I. 327)[1], and Trane U.S. Inc. (D.I. 328); and

WHEREAS, no party filed objections to the Report pursuant to 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finding no clear error on the face of the record.

THEREFORE, IT IS HEREBY ORDERED this 14th day of August 2020 that the Report and Recommendation is ADOPTED.

---

[1] This is a motion for partial summary judgment. Pursuant to the Report at footnote 2, the only claim that will survive once Deere's motion is granted is Mr. Pruitt's negligence claim, but only to the extent that it is based on his exposure to parts originally manufactured by Deere, not aftermarket replacement parts. (*See* D.I. 396 and 327).

Defendant Taco, Inc.'s Motion for Summary Judgment (D.I. 317) is GRANTED.

Defendant Terex USA LLC, f/k/a Terex Cranes Wilmington, Inc., f/k/a The American Crane Corporation, *erroneously sued as* successor-in-interest to American Hoist & Derrick Company's Motion for Summary Judgment (D.I. 312) is GRANTED.

Defendant Deere & Company's Partial Motion for Summary Judgment (D.I. 327) is GRANTED.

Defendant Trane U.S. Inc.'s Motion for Summary Judgment (D.I. 328) is GRANTED.

The Clerk of Court is HEREBY DIRECTED to enter JUDGMENT in favor of Defendants Taco, Inc., Terex USA LLC, f/k/a Terex Cranes Wilmington, Inc., f/k/a The American Crane Corporation, *erroneously sued as* successor-in-interest to American Hoist & Derrick Company, and Trane U.S. Inc. and against Plaintiff John W. Pruitt, Sr.

_____
The Honorable Maryellen Noreika
United States District Judge