IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ASBESTOS LITIGATION ) | |
| ) | |
| JOHN W. PRUITT, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 18-1101 (MN) (SRF) |
| ) | |
| AIR & LIQUID SYSTEMS ) | |
| CORPORATION, et al. ) | |
| ) | |
| Defendants. ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

WHEREAS, on July 30, 2020, Magistrate Judge Fallon issued a Report and Recommendation ("the Report") (D.I. 399) in this action, recommending that the Court grant the motions for summary judgment of Defendants Amdura LLC (D.I. 311) and BorgWarner Morse TEC LLC as successor-by-merger to Borg-Warner Corporation (D.I. 315); and

WHEREAS, no party filed objections to the Report pursuant to 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period for the two above motions, and the Court finding no clear error on the face of the record.

THEREFORE, IT IS HEREBY ORDERED this 14th day of August 2020 that the Report and Recommendation is ADOPTED.

Defendant Amdura LLC's Motion for Summary Judgment (D.I. 311) is GRANTED.

Defendant BorgWarner Morse TEC LLC as successor-by-merger to Borg-Warner Corporation's Motion for Summary Judgment (D.I. 315) is GRANTED.

The Clerk of Court is HEREBY DIRECTED to enter JUDGMENT in favor of Defendants Amdura LLC and BorgWarner Morse TEC LLC as successor-by-merger to Borg-Warner Corporation and against Plaintiff John W. Pruitt, Sr.

*[signature: Maryellen Noreika]*
The Honorable Maryellen Noreika
United States District Judge