IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ASBESTOS LITIGATION | ) |
| | ) |
| JOHN W. PRUITT, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 18-1101 (MN) (SRF) |
| | ) |
| AIR & LIQUID SYSTEMS | ) |
| CORPORATION, et al. | ) |
| | ) |
| Defendants. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

At Wilmington this 24th day of November 2020;

WHEREAS, on November 9, 2020, Magistrate Judge Fallon issued a Report and Recommendation for Order of Dismissal ("the Report") (D.I. 429) in this action, recommending that the Defendants Does 1-350 Inclusive be dismissed pursuant to Fed. R. Civ. P. 21; and

WHEREAS, no party filed objections to the Report pursuant to 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finding no clear error.

THEREFORE, IT IS HEREBY ORDERED that the Report and Recommendation for Order of Dismissal (D.I. 429) is ADOPTED. Defendants Does 1-350 Inclusive are DISMISSED.

The Honorable Maryellen Noreika
United States District Judge